UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-81292-RAR

**DOLORES CALICCHIO**,

    Plaintiff,

v.

**OASIS OUTSOURCING GROUP HOLDINGS, L.P.**, *et al.,*

    Defendants.

_____/

## OMNIBUS ORDER

**THIS CAUSE** came before the Court on Defendants' Motion to Dismiss Counts II and III and to Dismiss or Stay Count I of the Complaint [ECF No. 12] ("Motion"), filed on November 6, 2019. The Court heard oral argument on the Motion on January 6, 2020 [ECF No. 30] ("Hearing"). For the reasons stated on the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's *ore tenus* Motion to Amend the Complaint is **GRANTED**. Plaintiff shall file an Amended Complaint addressing the issues raised at the Hearing by no later than **January 24, 2020.** Specifically, the Amended Complaint should provide dates for the filing and/or transmission of relevant documents, as well as address the recently issued EEOC Right to Sue Letter.

2. Accordingly, the Motion **[ECF No. 12]** is **DENIED AS MOOT.**

3. The parties shall submit a Joint Scheduling Report and a proposed Scheduling Order by **January 31, 2020.**

**DONE AND ORDERED** in Ft. Lauderdale, Florida, this 7th day of January, 2020.

_____
**RODOLFO RUIZ**
**UNITED STATES DISTRICT JUDGE**